IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KHALDOUN KHATTAB, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION NO. |
| | :   1:07-CV-0196-RWS |
| MOREHOUSE SCHOOL OF MEDICINE, | : |
| | : |
|     Defendant. | : |

## ORDER

This case is before the Court for consideration of Plaintiff's Appeal of the Magistrate Judge's Order Denying Plaintiff's Request to Transfer [121]; Plaintiff's Appeal of this Court's Decision to this Case to the Magistrate Court for Pretrial Proceedings [122]; Plaintiff's Motion to Compel Discovery [124]; Plaintiff's Appeal of the Magistrate Court's Decision to Extend Discovery [135]; and Plaintiff's Motion for an Emergency Hearing [192].

These motions may be resolved with little discussion. Plaintiff's Appeal of the Magistrate Judge's Order Denying Plaintiff's Request to Transfer [121] is **DENIED** for the same reasons stated in Judge Walker's order. Plaintiff's Appeal of this Court's Decision to Refer this Case to the Magistrate Court for

Pretrial Proceedings [122] is **DENIED**.  The Magistrate Judge is authorized to handle pretrial proceedings in civil cases.  28 U.S.C. §636(b)(1)(A); Fed. R. Civ. P. 72(a).

In Plaintiff's Motion to Compel Discovery [124], Plaintiff sought to require the Magistrate Court to begin discovery and enter a scheduling Order.  And in Plaintiff's Appeal of the Magistrate Court's Decision to Extend Discovery [135], Plaintiff sought to appeal the initial scheduling Order entered in this case.  Since the filing of both of these Motions, discovery has begun and the parties have agreed to a consent scheduling Order entered on September 17, 2007 [234].  Accordingly, Plaintiff's Motion to Compel Discovery [124] and Plaintiff's Appeal of the Magistrate Court's Decision to Extend Discovery [135] are **DENIED as moot**.

Plaintiff's Emergency Request for a Hearing [192] is **DENIED**, as no remaining motions are pending before this Court.

**SO ORDERED**, this  2nd  day of November, 2007.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)