FILED IN CLERK'S OFFICE
U S D C  Atlanta

AUG 2 8 2008

JAMES N HATTEN, CLERK
By: _____ Deputy Clerk



## In The UNITED STATES DISTRICT COURT
## For the NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### 2121 Richard B. Russell Federal Building
### and United States Courthouse
### 75 Spring Street, S.W.
### Atlanta, GA 30303-3309

| | | |
|---|---|---|
| KHALDOUN KHATTAB, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| V | ) | NO. 1:07-CV-196-RWS. |
| | ) | |
| MOREHOUSE SCHOOL OF | ) | |
| MEDICINE, | ) | |
| | ) | |
| Defendant. | ) | |

Honorable Judge Richard W Story
Honorable Judge Linda T Walker

# Appeal to the Honorable District Judges against Magistrate Judge order granting protective order against answering Request for admission (Docket 288)

Comes Now the Pro Se Plaintiff and
file this  his appeal to the district
Judge against Honorable Judge Walker
unconstitutional order granting
Morehouse proposed order for issuance
of a court order preventing the
defendant from answering  the
plaintiffs fourth Request for
admission (Docket 288)  and address
this court and Honorable Judge Story
as follows

-1-

Honorable Judge Walker and the defendant failed
to provide any constitutional reason for refusing
to admit or deny any request in the plaintiff s
fourth request for admission    .

-2

Honorable Judge Walker refused to clarify if she
honor personally reviewed   this case docket 299.

-3-

The judge has the right to refused to declare
Weather her honor   did review the docket or read the
PRO Se plaintiff Motions , and the Pro Se Plaintiff
has the right to address the matter with District
judge or the US 11 circuit court of appeal.

-4

Honorable Judge walker has the right to issue an
order granting the defendant protective order based
on her honor Personal opinion and the plaintiff has
the right to address his issues in the future with
the US 11 circuit court of appeal (the ward Issues

includes protecting Morehouse from admitting or
denying facts  or even producing documents ,further
Honorable Walker has the right to  delay  discovery
and prohibit  the plaintiff from bringing witnesses
who are ready to testify inside this court against
Morehouse School of Medicine

5

The defendant protective order might be  considered
as an attempt to let the defendant avoid admitting
facts and lying during discovery   , further
the   US 11 circuit court of appeal may consider
reversing  Honorable judge walker order

6

This court should treat the Pro Se Plaintiff who is
originally from Syria like other plaintiffs in this
State and should issue sanctions against the
defendant instead of protecting Morehouse
The Sanctions should be against the defendant for
delaying discovery , **increasing discovery cost and
refusing to admit facts** .

7

This case has been pending in the honorable court for
more than one year and a half although **plaintiff
originally requested ONE month discovery only.**

**8**

 This case has been pending in this honorable court
for more than one year and a half although civil
action cases usually take no longer than 4 mouth in
this court.
.

9

The defendant should admit or deny under oath the
facts or issues addressed in plaintiffs
request(S) for admission number 51,52, 53
especially as Mr Vernon Strickland Strickland Filed a
Motion in opposing to amend this lawsuit to
address issues related to workers compensation
further the defendant claimed that plaintiff did

not sue Morehouse for workers compensation issues and should have sued them in Ga workers compensation court within one year of his alleged HIV positive needle stick Incident . Admitting issues addressed in Plaintiffs RFA 51,52 .53,54, 55 would either clarify Issues to this court and the jury (including abusing plaintiff and forcing him to work Against his workers compensation orders) or alternatively documenting the Defendant lying and submitting false information in case Morehouse Is going to deny Plaintiffs allegation in his RFA 51 .52,53 .54 ,55.

10
Honorable Walker may consider that forcing the plaintiff to work during his illness and against Worker compensation order as a NON abusing action and not relate to this case ,However plaintiff has the right to address this mater with jury or the US 11 circuit court of appeal.

11
Plaintiff consider preventing him from taking his sick days off like other Morehouse employee(S) who have different color ,race and origin as a discrimination action and **relevant to this case.**

Honorable Linda T Walker may consider the previously mentioned action as a NON discriminatory action and the plaintiff will be forced either to appeal to Honorable Judge story or  to the US 11 circuit court of appeal or

12
The defendant failed to provide any constitutional or logic reason to refuse to admit or deny its employee Dr  Eric Flenaough MD actions which were addressed in the plaintiff RFA number 1,2,6,7,19,20 ,55,6,57,75,77,78,79,80 . Admitting the previously mentioned actions would help any Judge or jury to address

Issues related to the defendant and its employees retaliation , abuse and harassment.
**Further admitting fact to abusing Morehouse Bob Black African employees should never constitute any grounds for harassing the defendant**

13

The defendant legal councilor claimed that plaintiff was dismissed due to issues related to patient care and therefore the defendant should admit or deny under oath the Content of the Plaintiffs RFAs number 65 and 66 especially as this would clarify to the Court and the jury the quality of the defendant Patient care quality.

14

The Defendant provided no logic or constitutional reasons for ref using to admit or Deny the action or its former employee Theresa Rohr Kirchgraber MD which were Addressed in the Plaintiff RFA number 4,27,28,29,30,31

This court should note that Theresa Rohr Kirchgraber MD informed the plaintiff via phone that she is refusing to be deposed in this case(07CV196 RWS)and that the defendant also refused that the plaintiff amend this case to sue Dr Theresa Rohr Kirchgraber

15

. The Defendant which accepted informing the plaintiff wards like Niger, negro , I will kill you should not be allowed to play the rule of a victim and claim that the plaintiff 4"' request for admission is a harassment action ,However Honorable Judge story has the right to claim that plaintiffs RFA is a harassment leaving the plaintiff with no choice except to address the mater with US il circuit court of appeal.

16

The defendant must admit or deny the ACGME (Accreditation Council for Graduate Medical Education) rules which were active in 2004-2005, especially as plaintiff claimed that the defendant refused to apply the rules in his case (individual case ) while the rules were supposed to be applied to all US resident physicians including the plaintiff peers who have different color race religion and national origin.

This court or honorable Judge Story or Walker may believe that defendant did NOT discriminate against the plaintiff by refusing  to enforce  the previously mentioned rules during  plaintiff employment  and applying it to his peers who have different color ,race and origin ,further this court may believe that this mater is Not discriminatory and Not relevant to this case leaving the plaintiff with only one choice **appeal the decision and file a lawsuit in the US 11 circuit court of appeal.**

17

The Defendant should admit or deny its employee(S) awareness about the US Medical rules for resident physicians  transfer requirements and their intentional refusal to give the plaintiff the appropriate transfer documents **unless he sign a legal release for the defendant its employees and legal councilor .**

The Defendant refusal to ensure compliance with the rules in the plaintiff
case and claim that its has powerful connection inside the ACGME is an evidence that Morehouse School of Medicine refused to treat the plaintiff like his

peers and all United States resident physicians who
may have different color race, religion and origin.
For the previously mentioned reason the defendant
must admit or deny plaintiffs request for admission
number 10,1182,,$5,90,91,94,95 .

Honorable Judge story has the right to believe that
this matter is a normal action and Not relevant to
this case leaving the Pro Se plaintiff with only one
choice and that choice is to file an appeal
to  the US 11 circuit court of appeal.

## 18

Holland and knight law firm did not provide any
constitutional reason for Issuing a protective order
against Plaintiffs requests for admitting or denying
Holland and knight lawyers attendance of the
plaintiff Immigration bond hearing and contacting
people to attend it and further testify against the
Plaintiff in his absence in an effort to deport him
or let him suffer at custody and prevent him from
continuing this lawsuit   .
(Holland and knight law firm knows that it violated
the Bar rules and maybe they are falsely believing or
hoping that Honorable judge  Richard W Story  would
not address their horrible actions including
interrupting justice)  .

19

The defendant legal councilor provided no
constitutional or logic reason for refusing to
answer Plaintiffs RFAs number 68,69,70,71,7273 .
The Defendant must admit or deny that plaintiff did
not meet or discuss his issues during his employment
with a few specific Morehouse School of Medicine
employee(S) whom according to Holland an knight law
Firm  they meet with the plaintiff to discuss his
issues .
The defendant claimed that plaintiff meet with its
medicine department residency advisory committee
members in March 2005, unfortunately it

could not either identify the individuals who met
with the plaintiff or release the names of its
faculty member who are ready to testify under oath
and claim that they meet the plaintiff

20

The defendant should admit or deny issue related
to the following actions
A- Interrupting justice
B- Efforts to arrest the plaintiff during
depositions.
C- Refusing to cooperate in discovery
D- Contacting Morehouse employee(S) to attend the
plaintiff Immigration bond hearing to testify
against him ((The defendant employee Mr Bill
booth claimed under oath that a Holland and
knight Attorney contacted him to attend the
plaintiff immigration court hearing )) .

Plaintiff believe that Honorable Judge Story
would not accept interrupting justice in this
court , however Honorable Judge story can easily
believe otherwise.

21

The defendant refused to release documents related to
the plaintiff peers or even to compare his employment
issues with his peers , however the
EEOC gave the plaintiff a few documents which support
his color, race and religion discrimination claim
.

The defendant should admit the facts included in
those documents or alternatively deny them and be
sanctioned for refusing to admit facts like those in
the plaintiff request for admission **105**.

Honorable Judge Story has the power to protect
Morehouse from answering specific Request for
admission , However the Pro Se  plaintiff pray that
Honorable story will not protect the defendant.

22

The defendant should be compelled to admit or deny submitting false information to the plaintiff and this court , for example admitting what is included in plaintiffs requests for admission #5 .104,

23

The defendant legal councilor provided no constitutional reason for refusing to admit or deny plaintiff request for admission(S) number 98,99,100 ,101,102
The defendant should be compelled to admit that plaintiff former attorney contacted the School and in response to the attorney contact the defendant Terminated the plaintiff employment instead of ensuring compliance with the US Federal law and constitution

Honorable Judge walker has the power to protect Morehouse from answering the previously mentioned RFAs , however the plaintiff pray that Honorable Judge Story will believe that Morehouse retaliated against him by simply terminating his employment as an answer for his request to ensure compliance with us constitution

24

The Defendant should be compelled to answer Plaintiffs Requests #
65,66,95 .96,97 . .
The defendant falsely claimed that the plaintiff Patient care and communication used to be far below average and bad , further his relationships with his peers used to be inappropriate and that individuals Complained against the plaintiff or supported the defendant clair .
For example admitting RFD # 95 may clarify or document forever or indicate the fact that no Georgia patient complained against the plaintiff
and that further the defendant false claims were raised and created to cover a clear Discrimination action and other employee(S) malpractice .

For the records RFD 95,96,97 are :

**Request 95//Admit that you DID NOT and can NOT provide
any complaintagainst the Plaintiff signed by any of his
former patients during his employment
at Morehouse School of Medicine.
Request 971/Admit that you failed to provide any
unsatisfactory evaluation forthe plaintiff performance,
professionalism or manners s signed by any of his former
peers or nurses**

The defendant provided no constitutional reason
to prevent answering plaintiffs request for
admission number 92-93
Admitting the content of the previously requested
issues would help the plaintiff to convince any
respectable jury that Morehouse School of
Medicine is refused to investigate Discrimination
issues or acted to hide Plaintiffs complaints
Request 92 //Admit that you did not produce the
plaintiff Discrimination complaints 0507 MMA1005
,0507MMA1006 and 0507 MMA1007 reported via
the defendant{Morehouse School of Medicine)
compliance-Discrimination compliance  hot --line.

Request 93/Admit that Morehouse School of
Medicine never answered in writing Plaintiff
complaints 0507 MMAIQQS,0507MMA1006 and 0507
MMA1007 reported via the defendant compliance
hotline.

This court should never consider the plaintiff
harassing the defendant by requesting to admit that
Morehouse School of Medicine employed an African
Person instead of the plaintiff who is  White
Cauasion and  not African (Indeed the plaintiff used
to be the only white Caucasian male resident
physician  at Morehouse medicine department

27

This court should note that admitting Plaintiff
RFA number 1,2,3,4,6,7,8 may help clarify or
support the following
1-Interupting justice
2-That instead of depositing current or former
defendant employee(S) on May
29,30,and 3112007 the defendant worked
aggressively and effectively to avoid deposition
and to arrest and deport plaintiff.
3-the defendant refusal to produce the discovery
mentioned in RFA 8, and that the
Defendant legal councilor violated the Bar rules
in there actions against the Pro Se
Plaintiff   .


28

The court should compel the defendant to answer
RFDs 5,89and should note and consider the
credibility and accuracy of the defendant
information including producing false information
and later lying to this court by claiming that US
Homeland Security and the Immigration court
deported the Plaintiff   .
Plaintiff RFA5 // Admit that Dr Rao Mikkilinciin
(a current or former Morehouse
School of medicine employee )is NOT African and
further Not originally Nigerian .
(You have to note that during this case discovery
you claimed under oath that the
Previously mentioned physician is African and
Nigerian)


29

The defendant provided no constitutional reason for
refusing to admit ordeny plaintiff RFAs number 9 ,10,
11 ,4$,49,50,62z63z91,94.
The defendant claimed that plaintiff discussed his
patient care, communication, thought process ,
probation and non renewal issues with specific
individuals .

As plaintiff declared that the previous matter was false then the
Defendant must admit or deny under oath the plaintiff RFA68,69,70,71,72,73,74
Protecting the defendant from admitting the facts in the plaintiff RFAs would give Morehouse School of Medicine and it legal councilor a chance to-keep Ding and should be addressed in the 11 circuit court of Appeal if this court is going to issue a protective order which is **indirectly protecting Morehouse from admitting lying during discovery**


30
The Defendant provided no logic or constitutional reasons for refusing to admit or deny the actions of its former employee Theresa Rohr Kirchgraber MD, the actions which were addressed in the Plaintiff RFAs 4,27,28,29,30,3 1 .21
The Defendant provided no logic or constitutional reasons for refusing to admit or deny the actions of its employee Martha Elks MD the actions which were addressed in the Plaintiff RFAs number 22 ,21,62 .


31
This court can protect or even cover Morehouse School of Medicine,
 This court may  claim that abusing the plaintiff during his employment and  refusing to treat him like other Morehouse employees  who are Non Caucasian ,Non white and Not Muslims is something Acceptable in this court , However plaintiff hope that such think will never happen although the court theoretically can do it

Finally plaintiff pray that this court will ensure justice and let Morehouse School of Medicine understand that it should treat its employees equally and never discriminate against or abuse NON-Black/Non-African and Muslim employee(S)

Exhibit ①

u  **In The UNITED STATES DISTRICT COURT**
**For the NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**2211 Richard B. Russell Federal Building**
**and United States Courthouse**
**75 Spring Street, S.W.**
**Atlanta, GA 30303-3309**

| | | |
|---|---|---|
| KHALDOUN KHATTAB, | ) | |
| | ) | |
| Plaintiff. | ) | CIVIL ACTION FILE |
| Vs | ) | NO 1·07-CV-196-RWS-LTW. |
| | ) | |
| MOREHOUSE SCHOOL OF | ) | |
| MEDICINE, | ) | |
| | ) | |
| Defendant. | ) | |

Honorable Judge Richard W Story
Honorable Judge Linda T Walker

## *PLAINTIFF'S  Fourth (4th) ) SET OF REQUESTS FOR ADMISSIONS .*

**IF Morehouse School Of Medicine fails to respond   to any request within 30 days of the service of the requests ,The matter shall be deemed admitted  under rule 36 .**

As is more fully set in rule 36(a) The defendant must admit or deny each request , and where necessary, specify the parts of each request   which you object or can not in good faith admit or deny.

If the defendant objects to a part of a request , it must deny or admit the reminder of the request  In the event that the defendant objects or denies any request or portion of a request ,The defendant must state the reasons for its objection or denial

*Each request  solicits all information obtainable by the defendant Morehouse School Of Medicine from the defendants attorneys .investigators , agents .representatives , and   employees*

*If you answer a request on the basis that you luck sufficient information to respond ,describe any and all  effort you made to inform yourself  of the facts  and circumstances  necessary to answer or respond*

Note A The Defendant shall furnish such information as it is available to the parties  and in accordance to the United states Federal rules (including rule 36&26)

Note B If objection is made, please state the reason for the objection. Please specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter

---

## *DEFINITIONS*

1. The word "or" is used herein in its inclusive sense unless the context clearly requires otherwise.

2. The term "document" means and includes without limitation all correspondence,memoranda, certificates, notes, books, manuals, pamphlets, brochures, advertisements, books of account, balance sheets, financial statements, profit and loss statements, working papers, schedules, diaries, calendars, logs, time records, equipment records. microfilms, transcripts, recordings. tapes. telexes, telegrams, files, proposals, bids, offers, contracts, agreements, change orders. worksheets.

drawings, blue prints, designs, specifications, time cards, compilations, graphs, charts, bills, statements, invoices, receipts, bills of lading, shipping records, confirmations, applications, purchase orders, checks, checkbooks and other checking records, photographs, formulae, prescriptions, studies, projections, reports, computer programs, information contained in computer banks, tapes, cards, printouts and drafts to the extent they differ from the originals, and all other records and papers of any nature whatsoever.

3. Any reference to a specifically named person, corporation or other entity and any reference generally to "person" shall include the employees, agents, representatives and other persons acting on behalf thereof or through whom the referenced person acts  The term "person" means and includes natural persons, corporations, partnerships, joint ventures, sole proprietorships, associations, trusts, estates, firms and any other entity

4. As used herein, "Plaintiff" means, unless otherwise indicated, is Khaldoun Khattab MD

5. As used herein, "Defendant", shall be deemed to include Morehouse School of Medicine , as well as their agents, attorneys, insurance company representatives or any other person acting on their behalf or on behalf of any one of them..

6- The ACGME is the  Accreditation Council for Graduate Medical Education (ACGME

7-Note D  The ABIM is the American Board of Internal medicine

## *PLAINTIFF'S  Fourth (4ᵗʰ) ) SET OF REQUESTS FOR ADMISSIONS .*

Request  No 1
Admit that Morehouse school of medicine  employee Eric Flenough MD attended the plaintiff Immigration bond hearing .(The Bond hearing which the plaintiff ddi not  attended) .

Request No 2
Admit that Morehouse school of medicine  employee Eric Flenough MD attended the plaintiff Immigration bond hearing in an effort to deport the plaintiff .

Request No3
Admit that Attorneys from Holland and knight law firm (which represent MSM and United insurance) attended the plaintiff Bond hearing .

Request No 4
Admit that Theresa Rohr kirchgraber MD  a Former Morehouse school of medicine  employee  attended the plaintiff Immigration bond hearing .

**Request No 5**
**Admit that Dr Rao Mikkilinnin ( a current or former  Morehouse school of medicine  employee )is NOT African and further Not originally Nigerian .**
**(you have to note that during this case discovery you claimed under oath that the previously mentioned physician is African and Nigerian) .**

**Request No 6**
**Admit that Eric Flenough MD  testified under oath in  the  Immigration court and or was also  deposed .during the plaintiff Immigration bond hearing in the absence of the plantiff.**

**Request No 7**
**Admit that Eric Flenough MD claimed that Plaintiff was contacting him (as he – plaintiff khattab )- wrongfully  believe  that Dr Eric Felenough is responsible for his termination)**

**Request  No 8**
**Admit that Holland and knight and Morehouse School of Medicine provided an audio CD to the Immigration court which includes alleged verbal plaintiff voice mail ,Further  up-to-date you are refusing to  produce to the plaintiff a copy of the mentioned CD**

**Request No 9**
**Admit that according to the ACGME   public rules  that were available at the ACGME website in 2004and 2005 ,The plaintiff has the right to evaluate his supervisors and peers.**

( a copy of the published records was produced previously for Morehouse School of Medicine general reviews and the chairman and director of Graduate medical education has a copy of said public published ACGME rules)

**Request No 10**
Admit under oath that the plaintiff File should contain evaluation /feedback by his peers ,the nurses who worked with him and Para-medical individuals.
(Notice A-a copy of the published records was produced previously for Morehouse School of Medicine general reviews and the chairman and director of Graduate medical education has a copy of said public published ACGME rules)
(Notice B a copy of the ACGME rules will be provided to Holland and knight ;law firm for their review)

**Request No 11**
Admit under oath that your employee(S) Martha Elks MD and Myra E Rose MD used to be aware about the ACGME requirements for resident transfer and specifically this ACGME rule

## C. Resident Transfers

**1.**
Before accepting a resident who is transferring from another program, the program director must obtain written or electronic verification of previous educational experiences and a summative competency-based performance evaluation of the transferring resident.

**2.**
A program director must provide timely verification of residency education and summative performance evaluations for residents who leave the program prior to completion.

(Notice . copy of the rules were produced before and will be re-submitted via e-mail to Holland and knight law firm review )

**Request 12**
Admit that you received Federal founding based on employing the plaintiff as a resident physician ,further you received also payments from Grady memorial Hopaital and South Fulton medical center

**Request 13**
Admit that you (the defendant ) make income based on running an Internal Medicine residency program and the source of income includes but is not limited to

1-Federal US Founding .
2-financial income from Grady Health medical system
3- South Fulton medical center.
4-The VA Health system .

**Request 14**
Admit that you did not release the 2004 resident physician scores .and that further
the plaintiff percentile was 71%(71% percentile among all USA resident physicians
in 2004 including those who have more advanced training and experience than him)
{ plaintiff requested 2004 MSM-Internal medicine department In-training scores –
every resident sores and percentile in the USA in that specific year} .

**Request 15**
Admit that in 2004 ABIM In-training exam ,Plaintiff scored more than *at least* 3 of
his supervisors PGY-2 residents physicians  Adebayo Constance MD .Clayton
Mitzi MD ,Matos Manuel MD .

**Request 16**
Admit that in July 2004 Nathalie Armstroung (Bousader ) MD used to be one of
the plaintiff supervisors, and the previously mentioned physician was not holding
any limited ,temporary or residency permit in the state of Georgia  .

**Request 17**
Admit that Nathalie Armstroung (Bousader ) was issued a limited license or a
residency permit in September 2004 according to the CSBME public records
.(Georgia medical board) .

**Request 18**
Admit that Myra E Rose  MD communicated adequately verbally with the plaintiff
during her May 29 ,2007  Audi /video recoded deposition

Admit that MSM allowed M Clayton to  be promoted to PGY-2 although her PGY-1
credit according to your documents was Marginal .

**Request 19**
Admit that Eric Flenough  MD informed  your Internal medicine residency
program  manager Mrs. Yolanda Christie that his SELECTIVE emailing is an
effort *to deceive* the plaintiff .
(you have review your EEOC File ,and  Further ask your employee  Mrs Yolanda
Christie to testify the truth)

Request 20
Admit that Eric Flenough e-mail the plaintiff and informed him that he did *not* receive any work related release or statement from Dr Stringer ( A copy of  Dr H Stringer letter was released  to Morehouse , the defendant have to reviews its employee Eric Flenough communications with the plaintiff and further request that her employee testify under oath)

**Request 21**
**Admit that Martha Elks MD accused the plaintiff that he has  Psychiatric diseases and refused to respond in writing to his various complaint in 2005 summer ( Please review  your EEOC File Document 042)**

**Request  22**

**Admit that Martha Elks MD accused the plaintiff Khattab that he has a delusion disorder and paranoia issues.**

**Request 23**
**Admit that Morehouse School of medicine refused to give the plaintiff a copy of its 2005 ERISA insurance documents(including ERISA policy –agreement ).**

**Request 24**
**Admit that plaintiff requested a copy of Morehouse ERISA medical insurance agreement and financial status  before transferring this case from Michigan to the Northern district of Georgia.**

**Request 25**
**Admit that Morehouse School of Medicine used to be represented in a workers compensation lawsuit filed by the plaintiff.**

**Request 26**
**Admit that plaintiff filed a workers compensating lawsuit  against Morehouse school of Medicine.**

**Request 27**
**Admit that Theresa Rohr –Kirchgraber  MD evaluated the plaintiff 2004 medical clinic performance in Jun /20/2005 according to your  EEOC File document (Khattab File 0279)**

**Request 28**
Admit that Theresa Rohr –Kirchgraber  MD should have evaluate the plaintiff 2004 Medical clinic  performance  earlier than Jun /20-2005.


**Request  29**
Admit that Theresa Rohr –Kirchgraber  MD did not  review  or discuss the content of her 2004 mid clinic evaluation with the plaintiff(Morehouse EEOC File Document Khattab  0279) .


**Request  30**
Admit that Theresa Rohr –Kirchgraber  MD wrote her  evaluation For the plaintiff(EEOC Document 0279)  and signed it after the termination of the plaintiff employment by the Morehouse School of Medicine Residency advisory committee on Jun 7 2005.


**Request  31**


Admit that Theresa Rohr –Kirchgraber  MD never discussed with  the plaintiff his status ,patient care or medical knowledge  in front of any member of Morehouse residency advisory committee


**Request  32**
Admit that you can  NOT  identify  any member of Morehouse School of Medicine – Internal Medicine residency advisory committee  who will be read y to *testify under oath that ::either* Theresa Rohr –Kirchgraber  MD discussed in his /or her present as a witness  any mater you (the defendant) addressed in your EEOC File .


**Request  33**
Admit that you can NOT identify any member of    Morehouse School of Medicine –Internal Medicine residency advisory committee member who is ready to testify under oath  that Michael Bernard Heisler MD discussed with the plaintiff his final ICU evaluation


**Request  34**
Admit under Oath that Morehouse School of Medicine can NOT provide any hard copy signature of Michael Bernard Heisler MD  admitting that he signed a final

discussed evaluation for Plaintiff May 2005 Intensive  Care Unite(ICU)  work performance.

**Request 35**
**Admit that Morehouse School of Medicine could not and will never provide any witness who will testify under oath that Michael Bernard Heisler MD  discussed  in his present as a witness the   final  Plaintiff MAY ICU  evaluation which is supposed to be written and signed.**

Request 36

**Admit that the defendant can NOT and will never provide any Witness who will testify under oath that either  Michael Bernard Heisler MD   or Theresa Rohr – Kirchgraber  MD discussed with the plaintiff ,discussed in the present of that witness the plaintiff _2005_ work performance.**

 **Request 37**
*Admit that failed to provide a hard copy evaluation signed by Michel Bernard Heisler MD for the plaintiff 2005 medical clinic performance ,and that you provided an evaluation with allegation that it is signed by the previously mentioned physician for 2004 medical clinic performance.*

**Request  38**
*Admit that plaintiff communicated verbally  (in spoken English)  with the court during this pending lawsuit hearings*

**Request 39**
*Admit that Plaintiff  communicated* **adequately**  *verbally ((in spoken English0)  with the court during  this pending lawsuit hearings*

**Request 40**
*Admit that Plaintiff is communicating verbally in English with the defendant legal representative   and further that you can understand the Plaintiff spoken English .*

Request 41

*Admit that Myra E Rose MD testified under oath on May /22./2007 and communicated verbally with the plaintiff during the mentioned deposition and could understand very well the plaintiff spoken English*

Request 42
Admit that Honorable Judge Lind T Walker communicated verbally with the plaintiff ,and that Honorable Judge walker claimed that there is no problem with the plaintiff spoken English ( the defendant may listen to the Honorable Judge statement during this lawsuit conference held on 2/13/2007.-Tape No. LTW 07-02 @ 5829).

Request 43
Admit that according to the Georgia  medical Board- CSBME(Composite State Board of Medical examiner)  BOUSADER-ARMSTRONG, NATHALIE MD was issued a resident physician license  No( oo1014 ) on  September 3rd 2004.
BOUSADER-ARMSTRONG, NATHALIE N
720 WESTVIEW DRIVE, SW ' GME
ATLANTA. GA  30310

| License | Status | Issue Date | Expiration Date | Specialty | Public Board Orders |
|---------|--------|-----------|-----------------|-----------|---------------------|
| 001014 | Lapsed | 09/03/2004 | 06/30/2005 | Resident Physician | NONE |

Request 44
Admit that  BOUSADER-ARMSTRONG, NATHALIE N MD  worked (as a resident physician For Morehouse school of Medicine Internal medicine department)for at least t  at least 2 weeks after Jun 30,2005.

Request 45
Admit that BOUSADER-ARMSTRONG, NATHALIE N MD was required to extend her medical residency after Jun 2005 (as a result of her previous vacation's including but not  limited to 2 pregnancy vacations)

**Request 46**
Admit that BOUSADER-ARMSTRONG, NATHALIE N MD has never been employed as a First year Internal Medicine resident physician at Morehouse School of Medicine

**Request 47**
Admit . that BOUSADER-ARMSTRONG, NATHALIE N MD was transferred or accepted as a PGY-2 second year Internal medicine resident at Morehouse School of Medicine .

**Request 48**
Admit that at the 2004-2005 you ( the defendant) used to have {18}PGY-1 –First year post graduate resident physicians in the Internal medicine department .

**Request 49**
Admit that according to the Accreditation Council for Graduate Medical Education (ACGME )public records in December 2004 ,Morehouse School of Medicine - Internal medicine department was accredited for only 17 first year residents

**Request 50**

Admit that in 2004-2005 academic year the ACGME (Accreditation Council for Graduate Medical Education) your Internal Medicine department accredit was as following

PGY-1 categorical {15}
PGY-2 Pre-lem {2 }

**Request 51**
Admit that    the plaintiff (Khattab ) Filed a lawsuit against the defendant (Morehouse School of Medicine) was in Georgia State Board of workers compensation .

**Request 52**
Admit that Morehouse was represented by an attorney in the workers compensation case SBWC No:2006-013879.

**Request 53**
Admit that Morehouse School of Medicine was supposed to be insured by American Home Assurance {P.O.Box 2125,Alpharetta,Ga 30023} during the plaintiff workers compensation lawsuit.

**Request 54**
Admit that you (the defendant) used to be aware that Plaintiff started taking {HIV/AIDS} medication in the last week of May 2005.

**Request 55**
Admit under oath that Eric Flenough MD asked the plaintiff to come to work at Grady Memorial Hospital in the last week of May 2005 ,although he was aware the plaintiff was receiving{ HIV/AIDS} medication

**Request 56**
Admit under oath that your employee  that Eric Flenough MD informed the plaintiff  that he did not receive a medical excuse (A Medical excuse for the plaintiff) signed by Harold .G. Stringer MD.

**Request  57**
Admit under oath that  your employee Eric Flenough MD informed Myra E Rose MD and Kenney Frontin  MD that his {selective emailing is an EFFORT TO *DECIVE* and/or take paths of less resistant.( you have to reviews your EEOC File Document khattab 0592). .(you have to review carefully what you have produce in your EEOC File ,and contact the appropriate individuals before simply  issue a denial under oath to this request)

**Request  58**
 Admit that Michael Bernard Heisler  MD  asked  the plaintiff  to go to work inside Grady memorial Intensive care Unite (ICU)  in the last week of May 2005.( .(you have to review carefully what you have produce in your EEOC File ,and contact the appropriate individuals before simply  issue a denial under oath to this request)

**Request  59**
 Admit that Michael Bernard Heisler  MD asked the plaintiff o go to work inside the ICU and to take care of critically ill patients, after  receiving a copy of Harold Stringer MD medical release . .(you have to review carefully what you have produce in your EEOC File ,and contact the appropriate individuals before simply  issue a denial under oath to this request)

**Request 60**
**Admit under oath that Michael Bernard Heisler MD asked the plaintiff o go to work inside the ICU and to take care of critically ill patients ,after the plaintiff informed him that he is sick . .(you have to review carefully what you have produce in your EEOC File ,and contact the appropriate individuals before simply issue a denial under oath to this request)**


**Request 61**
Admit under oath that the plaintiff did **NOT** evaluate any of his <u>supervisors or peers</u> during his employment at Morehouse School of Medicine as a resident physician


**Request 62**
Admit that your medical education chairman(Martha Elks MD) and medical education Director (Mr Bill Booth ) used to be aware in 2005 that according to the published ACGME rules the plaintiff used to have the right to evaluate his Former supervisors Theresa Rohr Kirchgraber MD , Natalier Bousader MD and Michael Bernard Heisher MD

**Request 63**
Admit that Plaintiff contacted directly via phone Mr Bill Booth the Director of MSM Graduate medical education in 2006 . and asked the previously mentioned Morehouse employee about what he ( Mr Bill.Booth) believe is the plaintiff color and race . Further Plaintiff asked him about his right to evaluate his supervisors and peers and Morehouse Graduate medical education admit that according to the ACGME Plaintiff has the right to evaluate his supervisors and peers and HE DOES NOT KNOW WHY THE PLANTIFF FILE DOES NOT CONTAIN SUCH Documents

**Request 64**
Admit that your employee Mr Bill Booth informed the plaintiff verbally in 2006 the Marlin Pruitt is the Morehouse person who is responsible for the documents and information's which were produced to the EEOC


**Request 65**
Admit under oath that Plaintiff prescribed medications ,processed medical documents ,and examined patients during his employment at Morehouse School of Medicine although you (the defendant ) claimed that he has a thought process disorder ,can NOT communicate adequately verbally and does not understand the essential of outpatient care ( a few Pt care documents were released for your previews previously as an example for plaintiff care)

**Request 66**
Admit that Plaintiff Patient care records includes documents at Grady memorial hospital and south Fulton medical center medical records department

**Request 67**
Admit that in 2004 Rao Mikkilinin MD described the plaintiff medical knowledge and patient care as superior ( an written statement was released inside your EEOC File )

**Request 68**
Admit that plaintiff never discussed his academic status. probation. or termination issues with Priscilla Igho-Pemu MD
(An African physician originally from Nigeria)

**Request 69**
Admit that plaintiff never discussed his academic status . probation. or termination issues with Adesoji Oderinde MD (An African physician originally from Nigeria)

**Request 70**
Admit that plaintiff never discussed any probation. termination .patient care or medical knowledge related issues with at least 4 -5 of your alleged RAC (Residency Advisory committee members)

**Request 71**
Admit that Plaintiff never attended a Residency advisory Committee meeting *in the presence* of the following current or former Morehouse employees
A - Adesoji Oderinde MD
B- Priscilla Igho-Pemu MD
C-Zhi.Hao.Zhou MD
D-Theresa –Rohr –Kirchgraber MD
E-David Anderson MD
G-Evelyn Baranco MD

**Request 71**
Admit under oath Kenney Frontin MD did not attend your alleged March 2005 RAC (Residency advisory Committee ) meeting

**Request 72**
Admit that plaintiff never discussed his academic status . probation. or termination issues with your employee Evelyn Baranco MD

**Request 73**
Admit under oath that David Anderson MD never discussed with the plaintiff the issues documented in your EEOC file and never attended an RAC meeting with the Plaintiff

**Request 74**
Admit under oath that plaintiff never discussed Morehouse Residency Advisory committee recommendation .reservation. probation or any other RAC issues with wither Either Evelyn Baranco MD or Zhi Hao Zhou MD

**Request 75**
Admit under oath that Eric Flenaugh MD suggested issuing an order to Morehouse or Grady security to arrest the plaintiff

**Request 76**
Admit under oath that the plaintiff has never entered Morehouse School of Medicine campus since Jun 2005

**Request77**
Admit under Oath that Eric Flenaugh MD suggested that Morehouse contact Howard University to report issues related to the plaintiff

**Request 78**
Admit that Eric Flenuagh MD contacted Howard university –Neurology department

**Request 79**
Admit that Eric Flenuagh MD contact Howard University Neurology residency coordinator via phone in Jun 2005

**Request 80**
Admit under oath that Eric Flenuagh MD talked over the phone with the program coordinator at Howard University –Neurology department

**Request 81**
Admit that Myra E Rose never discussed with the plaintiff( Khattab) what was reported about him in September 2005 to the American Board of Internal Medicine

**Request 82**

Admit under oath that in Jun 2005 plaintiff downloaded The ACGME –Internal medicine residency requirements and took a hard copy to deliver and disscuss it with Kenny M Frontin MD

(The ACGME is the **Accreditation Council for Graduate Medical Education (ACGME**

**Request 83**

Admit under oath that in Jun 2005 Kenny M Frontin MD contacted via phone Annapurni Jayam-Trouth, MD the Director of Neurology department at Howard University and verbally reported issue related to the Plaintiff

(Plaintiff declare that he received a phone call in Jun 2005 from Dr Annapurni Jayam-Trouth informing him about a specific phone conversation with the associate residency program director at Morehouse Internal medicine department)

**Request 84**

Admit that you failed to produce any evaluation for Plaintiff signed by any of his 2004-2005 peers (The peers are 2004-2005 Morehouse School of Medicine –Internal medicine resident physicians)

**Request 85**

Admit that according to the ACGME rules the plaintiff has the right to evaluate his supervisors and peers, and you failed to produce such evaluations

**Request 86**

Admit that in 2005 you employed a new resident physician at Morehouse School of Medicine Internal Medicine residency program .Further that resident is considered Black African and was never be employed as a PGY-1 at Morehouse School of Medicine

**Request 87**

Admit that Michael B Heisler MD never discussed his final 2005 ICU evaluation with the plaintiff .further he never signed a hard copy of the previously mentioned document

**Request 88**

Admit that Michael B Heisler MD e-mailed Myra e Rose MD (in or around the 3rd week of May 2005 ) and informed her that he will not FAIL the plaintiff

**Request 89**
Admit that you claimed in your Attachment {A}to your Initial disclosure to this court signed by Mr Vernon Strickland and submitted on the 23rd day of April 2007 ,that Theresa Rohr-Kirchgraber MD and  Bousader Armstrong MD address is

>Morehouse School of Medicine
>720 Westview Drive, S W
>Atlanta, Georgia 30314
>404-752-1500

,Further admit that when plaintiff requested to depose those individuals you denied that they are available at the above mentioned address

**Request Number  _90_**
Admit that the in 2006-2007  academic year ACGME changed its Procedures for Addressing Complaints Against Residency  Programs and Sponsoring Institutions

**Request  91**
**Admit that  Morehouse School of Medicine ,  Graduate medical education chairman used to be  aware that according  to the ACGME  2007 rules and public information the following was available to the public  and truthful.**

**The ACGME will investigate, if substantiated, noncompliance with accreditation standards that relate to program quality. The ACGME will _NOT_ intervene on behalf of an individual complainant regarding matters of admission, appointment, credit, promotion, or dismissal of faculty, residents or fellows.**

**Request 92**
**Admit that you did not produce the plaintiff Discrimination complaints 0507 MMA1005 ,0507MMA1006 and 0507 MMA1007 reported via the defendant(Morehouse School of Medicine ) compliance-Discrimination hot –line.**

**Request 93**
**Admit that Morehouse School of Medicine never answered in writing Plaintiff complaints    0507 MMA1005 ,0507MMA1006 and 0507 MMA1007 reported via the defendant compliance hotline.**

**Request 94**
Admit that  in May and Jun 2005 Plaintiff requested                          by
his supervisors ,peers ,patients and nurses  according to the Following ACGME
rule which used to effective in 2004-2005.

**Program Requirements for Residency Education in Internal Medicine**

**Rule VII./D-A**
 **Evaluation/ A. Resident**
*{d) Assessment should include the use of assessment results,*
*including evaluation by faculty, patients, peers, self, and other*
*professional staff, including nurses, to achieve progressive*
*improvements in residents' competence and performance.}}*


**Request 95**
Admit that you  DID NOT  and can NOT provide any  complaint against the
Plaintiff signed by any of his former patients  during his employment at Morehouse
School of Medicine.


**Request 96**
Admit under oath that you  Failed to  provide any  complaint against the Plaintiff
signed by any of his former patients  during his employment at Morehouse School of
Medicine.

**Request 97**
Admit that you failed to provide any unsatisfactory evaluation for the plaintiff
performance. professionalism or manners s signed by any of his former peers  or
nurses.

**Request 98**
Admit that the plaintiff  former attorney Haasan Hosien El-khalil contacted
Morehouse School of Medicine  before the termination of the plaintiff employment .

**Request  No 99**
Admit that the plaintiff  former attorney Haasan H El-khalil contacted Myra E Rose
MD in 2005


**Request  No 100**
Admit that the plaintiff  former attorney Haasan H El-khalil contacted  Mrs
Youlanda Christie the Internal Medicine residency manager in May and Jun 2005.

**Request No 101**

**Admit that the plaintiff former attorney ( El-khalil )askid Morehouse School of Medicine to let its legal councilor or representative contact him directly before terminating plaintiff employment .**

**Request No 102**
**Admit that James Reed MD encouraged the plaintiff to sue Michael B.Heisler MD instead of Morehouse School of Medicine.**

**Request 102**
**Admit that during the last week of May 2005 ,the Following individuals used to be aware that plaintiff was requesting a legal help to resolve his disputes with Morehouse School of Medicine**

**A- Myra E Rose MD,**
**B- Micheal B Heisler MD ,**
**C- Eric Flenough MD**
**D- Jamed Red MD.**
**E- Yulonda Christie**

**Request 103**
**Admit that Morehouse School of Medicine –Internal medicine department terminated the plaintiff employment after his former attorney contacted the defendant.**

Request No 104.

Admit that you (the defendant) claimed in your Initial Disclosure to this court that Theresa -Rohr kirchgraber MD is a Morehouse school of medicine employee , and later when the plaintiff addressed your false statement under oath you supplemented your initial disclosure (The Initial disclosure was submitted to the court on April ,23.2007 and signed by your legal councilor Mr Vernon Strickland)

Request  No 105

Admit that you did not treat the plaintiff equally like your Former African employee Mitzi  Clayton .MD who was promoted to PGY-2 although her first year was ranked as marginal  and her 2003 & 2004 In-Training exam results were not good and  less than the plaintiff 2004 scores