# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KHALDOUN KHATTAB, :
:
    Plaintiff, :
:
v. : CIVIL ACTION NO.
: 1:07-CV-196-RWS-LTW
MOREHOUSE SCHOOL OF :
MEDICINE, :
:
    Defendant. :

## ORDER

This case comes before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Linda T. Walker [505] and Plaintiff's Emergency Motion for Leave to file a Response to Defendant's Motion for Summary Judgment [508].

## Discussion

As an initial matter, Plaintiff's emergency motion for leave to file a response in opposition to Defendant's motion for summary judgment is DENIED. Upon striking Plaintiff's responses due to non-compliance, Magistrate Judge Walker provided Plaintiff with ample opportunity to conform his responsive filings to the local rules and re-file them before the Court. (Dkt.

No. [487].) Plaintiff has failed to do so. Accordingly, this Court finds it inappropriate to grant Plaintiff leave to file a response at this time. Plaintiff's Emergency Motion for Leave to file a Response to Defendant's Motion for Summary Judgment [508] is **DENIED**.

The Court is well familiar with the Plaintiff's case and has reviewed the submissions associated with Defendant's summary judgment motion. Plaintiff has filed objections to Judge Walker's Order which recommends granting Defendant's Motion for Summary Judgment. (Dkt. No. [509].) Upon review, the Court finds that Plaintiff devotes much of the objection to issues that are not germane to the present matter before the Court. To the extent that the objections present arguments relevant to the basis of the Magistrate's Order, the Court finds that Judge Walker properly addressed such issues in a thorough and well-reasoned Report and Recommendation [505]. Therefore, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court.

## Conclusion

Based on the foregoing, Plaintiff's Emergency Motion for Leave to file a Response to Defendant's Motion for Summary Judgment [508] is **DENIED**.

2

The Court hereby **ADOPTS** the Report and Recommendation of Magistrate Judge Linda T. Walker [505]  and **GRANTS** Defendant's Motion for Summary Judgment [411].

**SO ORDERED** this   20th   day of August, 2009.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)